IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DAVID LOZEAU,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:23-cv-15262

Judge Lindsay C. Jenkins

Magistrate Judge Sheila M. Finnegan

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 51 | ForhouseDecorsh0p |
| 31 | Desmond Tins |
| 12 | TRAN THI KHAI |
| 187 | Ai Lin |
| 52 | XINYINMA |
| 113 | Guard-DT |
| 124 | O2TEE |
| 155 | CGFkjisn |
| 156 | CYSHOPN |
| 165 | SanDiDa |
| 167 | Boyseae |
| 149 | Wocachi (7 ~ 14 days delivery) |
| 186 | terbklf |
| 25 | backRelaxing 7-15 Days Delivery |
| 27 | MIVAMIYA 7-15 Days Delivery |
| 30 | LH*DLe |
| 175 | yoeyez |
| 157 | Needelmz-US |
| 28 | KINGOLDON |
| 132 | HUTJDHA |
| 170 | FOVIGUO |

| | |
|---|---|
| 172 | NAMTYQX |
| 174 | NDVYXX |
| 130 | tokidokiii |
| 176 | IGETELY |
| 192 | Grianlook |
| 195 | Zhuoshengben., Ltd |
| 196 | Shuntuo., Ltd |
| 136 | Raymust Store |

DATED: November 25, 2023    Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone:312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on November 25, 2023 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt